# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RYAN BAUGH,

    Plaintiff,　　　　　　　　　　　　　　Case No. 24-cv-10036
　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S APPLICATION PER LOCAL RULE 83.20(f)(1) FOR COUNSEL TO APPEAR WITHOUT LOCAL COUNSEL**

UPON CONSIDERATION OF Plaintiff's Application per Local Rule 83.20(f)(1) for Counsel to Appear Without Local Counsel, any Opposition thereto, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

　　　　　　　　　　　　　　　　　s/Matthew F. Leitman
　　　　　　　　　　　　　　　　　MATTHEW F. LEITMAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: January 9, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2024, by electronic means and/or ordinary mail.

　　　　　　　　　　　　　　　　　s/Holly A. Ryan
　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　(313) 234-5126