UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| RYAN BAUGH, | |
| Plaintiff, | CASE NO.: 2:24-cv-10036-MFL-APP |
| v. | HON. MATTHEW F. LEITMAN |
| CENTRAL INTELLIGENCE AGENCY, | |
| Defendant. | |

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Central Intelligence Agency, as well as the U.S. Attorney for the Eastern District of Michigan and the U.S. Attorney General.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

9507106659964009209768 – Central Intelligence Agency

9507106659964009209782 – U.S. Attorney for the Eastern District of Michigan

9507106659964009209744 – U.S. Attorney General

Service was accordingly effected on 17 January 2024.

Date:   January 23, 2024

                                              Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. RE…

USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**9507106659964009209768**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:31 am on January 17, 2024 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20505
January 17, 2024, 6:31 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                            ⌄

USPS Tracking Plus®                             ⌄

Product Information                             ⌄

See Less ⌃

**Tracking Number:**

Remove ✕   Feedback

**9507106659964009209744**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:48 am on January 17, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 17, 2024, 4:48 am

See All Tracking History

See More ˅

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Remove ✕

**Tracking Number:**

**9507106659964009209782**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:59 pm on January 12, 2024 in DETROIT, MI 48226.

**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
DETROIT, MI 48226
January 12, 2024, 12:59 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ˅

Track Another Package

Enter tracking or barcode numbers

**Need More Help?**

Contact USPS Tracking support for further assistance.

FAQs

Feedback