United States District Court
Eastern District of Michigan

**Ryan Baugh,**

    Plaintiff,

v.

**Central Intelligence Agency,**

    Defendant.

Civil No. 24-10036

Honorable Matthew F. Leitman

## Notice of Appearance

Notice is given that Marcia K. Sowles, Senior Trial Counsel, United States Department of Justice, will serve as counsel on behalf of the Defendant in the above-captioned case.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    CHRISTOPHER HALL
    Assistant Branch Director

    <u>s/Marcia K. Sowles</u>
    MARCIA K. SOWLES
    DC Bar No. 369455
    Senior Trial Counsel
    U.S. Department of Justice
    Civil Division

                                        Federal Programs Branch
                                        1100 L. Street Avenue N.W.
                                        Room 11028
                                        Washington, D.C.  20530
                                        Tel.: (202) 514- 4960
                                        Fax: (202) 616- 8470
                                        E-mail:  marcia.sowles@usdoj.gov

                                        Attorneys for Defendant

Date:  March 6, 2024

## **Certificate of Service**

I hereby certify that on March 6, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kelly McClanahan

*/s/ Marcia K. Sowles*
**Marcia K. Sowles**
Assistant U.S. Attorney