UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RYAN BAUGH,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

Case No. 24-cv-10036
Hon. Matthew F. Leitman

## AMENDED STIPULATED ORDER EXTENDING TIME

Under Rule 6(b)(1)(A), the Court may extend a deadline for good cause if a request is made before the deadline expires. Fed. R. Civ. P. 6(b)(1)(A). Plaintiff filed this suit on January 5, 2024, and served the U.S. Attorney's Office on January 12, 2024. The named defendant's Rule 12 response deadline is March 12, 2024. Fed. R. Civ. P. 12(a)(2).

In this suit, plaintiff alleges that the named defendant improperly redacted or withheld information in response to his request for documents related to a denial of his request for security clearance. (Compl., ECF No. 1). Plaintiff's complaint details an administrative process spanning several years and subject matter potentially implicating sensitive information. (*See id.*). Accordingly, the parties agree that good cause exists to extend the deadline for named defendant to respond under Rule 12

by approximately 30 days, from March 12, 2024, to April 12, 2024, while the attorneys assigned to this matter review the record and prepare the defendant's first response under Rule 12.

The parties have met and conferred as to a proposed briefing schedule under which plaintiff would file an opposition by May 15, 2024, and defendant would file a reply by June 12, 2024.

IT IS HEREBY ORDERED that the named defendant shall file its first responsive pleading no later than April 12, 2024, with plaintiff to file an opposition to any motion under Rule 12 by May 15, 2024; a reply shall be filed by June 12, 2024.

                                                   s/Matthew F. Leitman  
                                                   MATTHEW F. LEITMAN  
                                                   UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2024

**Stipulated and Agreed to By:**

| | |
|---|---|
| **National Security Counselors** | **Christopher Hall**<br>Assistant Director<br>Federal Programs Branch<br>Civil Division |
| */s/Kelly McClanahan*<br>**Kelly McClanahan** (DC 984704)<br>4702 Levada Terrace<br>Rockville, MD 20853<br>(301) 728-5908<br>kel@nationalsecuritylaw.org | */s/ Marcia K. Sowles*<br>**Marcia K. Sowles** (DC No. 369455)<br>Senior Trial Counsel<br>U.S. Department of Justice<br>1100 L St., N.W., Room 11028<br>Washington, DC 20005<br>202-514-4960<br>marcia.sowles@usdoj.gov |
| *Attorneys for Plaintiff*<br><br>Dated: March 7, 2024 | *Attorneys for Defendant*<br><br>Dated: March 7, 2024 |