U.S. District Court for the

Eastern District of Michigan

**<u>Index of Exhibits</u>**

1. Intelligence Community Policy Guidance No. 704.3 (Revocation of Access to Sensitive Compartmented Information, Other Controlled Access Program Information and Appeals Process)

2. AR 7-7 Appeal of Personnel Security Decisions

3. July 2, 2019 Letter to Plaintiff

4. Security Decision Information and Instructions (attachment to letter dated July 2, 2019)

5. September 3, 2019 Letter to Kel McClanahan

6. December 20, 2013 Letter to Kel McClanahan