# Exhibit No. 5

21 October 2022 - IF RESEND per Attny Request

03 September 2019

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853

Re:  Ryan Baugh

Dear Kel McClanahan:

    This letter is in response to your correspondence dated 09 August 2019, requesting a review of the US Government's security determination, and a copy of your client's investigative file (IF). Your client's review request has been received and remains in queue at this time. You will be notified in writing of the outcome.

    Enclosed please find a copy of your client's investigative file and the specific documents, records, and reports the Government used to arrive at its security determination in your client's case. The investigative file has been provided to you consistent with processing under the Privacy Act or the Freedom of Information Act. Certain categories of Government information are exempt in their entirety from release. The release of the file has been made pursuant to the provisions of Executive Order 12968. You may submit additional information should you wish to after receipt of the IF to the address below.

    Further, please remember that it is your responsibility to notify this office of any changes to your contact information and your client's address, or daytime and evening telephone numbers. If we are unable to contact you or your client using the most recent information provided to our office, your client's review will be cancelled. Please send any changes to:

    Knowles & Hoffman
    P.O. Box 1230
    Great Falls, VA  22066

Sincerely,

*Connor S. Knowles*

Connor S. Knowles
Senior Adjudication Officer