# Exhibit No. 6

20 December 2023

Knowles & Hoffman
PO Box 1230
Great Falls, VA  22066

Mr. Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

RE: Ryan Baugh

Dear Mr. McClanahan:

This letter is a follow up to your correspondence received 15 August 2019, in which you requested a personal appearance as part of your requested review of the US Government's decision to disapprove your client for access to classified information. Efforts to schedule the personal appearance have been delayed as a result of a missing investigative file and the request you made for a review of the redactions made to the investigative file. On 21 July 2023, this office sent you a revised investigative file.

On 14 August and 16 August 2023, this office contacted you as it had been determined that your office had received the revised investigative file. On 13 September 2023, you contacted this office and indicated your intention to discuss dates for the personal appearance with your client. On 17 November 2023, this office contacted you to provide possible dates for the personal appearance in December 2023 or January 2024. As of this date, this office has not had a response from you.

Please contact us telephonically at 703-796-2913, or in writing at the above address. If we do not receive a response within 10 business days, your client's request for a /review will be cancelled, due to our inability to contact you using the most current information we have on file.

Respectfully,

*Conner S. Knowles*

Conner S. Knowles
Senior Adjudication Officer