# Exhibit No. 3

REDACTED VERSION OF DOCUMENT TO BE SEALED

02 July 2019

Mr. Ryan M. Baugh
6428 Jackson Street
Taylor, MI  48180

Dear Mr. Baugh:

    The US Government disapproved your request for access to classified information on 01 June 2019. This letter provides the reasons for the US Government's security determination.

    Individuals granted access to classified information must meet strict security standards as outlined in the enclosed attachment. Any doubt about whether an individual should be granted access to classified information will be resolved in favor of national security.

    The US Government's determination was based on the Security Executive Agent Directive 4, National Security Adjudicative Guidelines for Drug Involvement and Substance Misuse. Your security processing included the completion of a Security Clearance Application (SF-86) dated 04 January 2019.



Your SF-86 reflects you were granted a SECRET clearance in February 2011.

    To request a review of the US Government's security determination, please see the attached guidance.

                      Sincerely,

                        Connor S. Knowles
                        Senior Adjudication Officer