IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN BAUGH,<br><br>       Plaintiff,<br><br>       v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>       Defendant. | Case No. 2:24-CV-10036<br><br>Hon. Susan K. DeClercq |

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO SEAL DOCUMENT AND FILE REDACTED COPY ON THE PUBLIC RECORD**

Defendant Central Intelligence Agency does not oppose Plaintiff's Motion to Seal Exhibit 3 (ECF No. 10-3) to Defendant's Motion to Dismiss and file a redacted copy on the public record.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General

          LAUREN A. WETZLER
          Deputy Branch Director
          Federal Programs Branch

          *s/Marcia K. Sowles*
          Senior Trial Counsel
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street N.W., Room 11028

Washington, DC 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Counsel for United States