# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | | |
|---|---|---|
| RYAN BAUGH, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 2:24-cv-10036 (SKD) |
| CENTRAL INTELLIGENCE AGENCY, | * | HON. SUSAN K. DECLERCQ |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ERRATA**

NOW COMES Plaintiff to advise the Court of a recently discovered scrivener's error in his motion to seal, Dkt. #12, which led the Court to order the Clerk to seal the wrong document. Baugh inadvertently asked in the proposed order for Dkt. #10-3 to be sealed, which the Court ordered. However, the document which needed to be sealed was Dkt. #10-4, not Dkt. #10-3. Plaintiff apologizes for the mistake.

Date: May 18, 2024

        Respectfully submitted,

        <u>/s/ Kelly B. McClanahan</u>
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD 20853
        301-728-5908
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*