IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BAUGH,

      Plaintiff,

        v.

CENTRAL INTELLIGENCE
AGENCY,
        Defendant.

Case No. 2:24-CV-10036

Hon. Susan K. DeClercq

**RESPONSE TO PLAINTIF'S UNOPPOSED MOTION FOR FURTHER ENLARGMENT OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant Central Intelligence Agency does not oppose Plaintiff's motion for a further enlargement of time in which to file his opposition to Defendant's motion to dismiss.  In response to footnote 1 of Plaintiff's motion, and for the benefit of the Court's understanding of the communications between the parties, Defendant attaches the email communication in which Defendant's counsel understood Plaintiff's counsel not to oppose Defendant's motion for an extension of time to file its oppositions (Dkt. 20) to Plaintiff's motion to strike (Dkt. 17) and motion for jurisdictional discovery (Dkt.  19).   Defendant would not object to the Court treating both Defendant's and Plaintiff's extension motions as stipulated orders.

1

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Branch Director
Federal Programs Branch

*s/Marcia K. Sowles*
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Room 11028
Washington, DC 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Counsel for United States