IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN BAUGH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　Defendant. | Case No. 2:24-CV-10036<br><br>Hon. Susan K. DeClercq |

### ADDENDUM TO DEFENDANT'S MOTION TO DISMISS

Pursuant to this Court's order granting Plaintiff's motion to seal Exhibit 3 to Defendant's Motion to Dismiss and file a redacted copy on the public record, Defendant files this Addendum to its Motion to Dismiss attaching a copy of the redacted document.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　LAUREN A. WETZLER
　　　　　　　　　　　　　　　　Deputy Branch Director
　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　*s/Marcia K. Sowles*
　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

1100 L Street N.W., Room 11028
Washington, DC 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Counsel for United States