# Exhibit
# No. 3

02 July 2019

Mr. Ryan M. Baugh
6428 Jackson Street
Taylor, MI  48180

Dear Mr. Baugh:

    The US Government disapproved your request for access to
classified information on 01 June 2019.  This letter provides the
reasons for the US Government's security determination.

    Individuals granted access to classified information must
meet strict security standards as outlined in the enclosed
attachment.  Any doubt about whether an individual should be
granted access to classified information will be resolved in
favor of national security.

    The US Government's determination was based on the Security
Executive Agent Directive 4, National Security Adjudicative
Guidelines for Drug Involvement and Substance Misuse.  Your
security processing included the completion of a Security
Clearance Application (SF-86) dated 04 January 2019.



Your SF-86 reflects you were granted a
SECRET clearance in February 2011.

    To request a review of the US Government's security
determination, please see the attached guidance.

                    Sincerely,

                    Connor S. Knowles

                    Connor S. Knowles
                    Senior Adjudication Officer