# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

## Southern Division

| | | |
|---|---|---|
| RYAN BAUGH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:24-cv-10036 (SKD) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | Hon. Susan K. DeClercq |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **CORRECTED ORDER**

After review of Plaintiff's Unopposed Motion to Seal Document [ECF No. 12] and Defendant's notice of non-opposition [ECF No. 14], the Court finds good cause to seal the document at issue.

Plaintiff's Motion is therefore **GRANTED**. The Clerk of the Court is ordered to seal ECF No. 10-4. Defendant must file the redacted exhibit as an Addendum to the motion.

Dated: 5/21/2024                         s/ Susan K. DeClercq
                                         Susan K. DeClercq
                                         United States District Judge