IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BAUGH,

        Plaintiff,

          v.

CENTRAL INTELLIGENCE
AGENCY,

           Defendant.

Case No. 2:24-CV-10036

Hon. Susan K. DeClercq

## MOTION AND BRIEF FOR LEAVE TO EXCEED PAGE LIMIT

Defendant filed his motion to dismiss on April 12, 2024 (ECF No. 10).  On June 18, 2024, Plaintiff filed a response brief (ECF No. 30).  Defendant now requests leave to file a reply brief in support of its motion to dismiss that is three pages longer than the customary seven-page limit governing reply briefs. See E.D. Mich. LR 7.1(d)(3)(B). This extension is requested to allow Defendant an opportunity to address the many arguments in Plaintiff's response brief.  Counsel for Plaintiff has advised that Plaintiff takes no position with respect to this motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Branch Director
Federal Programs Branch

1

_s/Marcia K. Sowles_
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Room 11028
Washington, DC 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Counsel for United States

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing

motion with the Clerk of the Court using the ECF system, which will send

notification of such filing to the following:

      Kelly McClanahan

                                       /s/ Marcia K. Sowles
                                       Marcia K. Sowles
                                       Senior Trial Counsel