# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **RYAN BAUGH**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:24-cv-10036<br>) |
| **CENTRAL INTELLIGENCE AGENCY**, | ) Hon. Susan K. DeClerq<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, James Bickford of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of defendant the Central Intelligence Agency in the above-captioned case. Marcia K. Sowles, who previously represented the CIA, has retired from the Department of Justice.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

- 2 -

                              */s/ James Bickford*
                              JAMES BICKFORD
                              Trial Attorney (N.Y. Bar No. 5163498)
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              1100 L Street, NW
                              Washington, DC 20530
                              James.Bickford@usdoj.gov
                              Telephone: (202) 305-7632
                              Facsimile: (202) 616-8470

                              *Counsel for Defendant*

Date: January 24, 2025