UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BAUGH,

    Plaintiff,                                        Case No. 24-cv-10036

v.                                                 Hon. Susan K. DeClercq

CENTRAL INTELLIGENCE AGENCY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in this Court's Opinion and Order entered today,

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 10, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case.**

                                              */s/Susan K. DeClercq*
                                              SUSAN K. DeCLERCQ
                                              United States District Judge

Dated:  February 13, 2025