UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Baugh

                Plaintiff(s),                    Case No. 24-10036

v.                                               Susan K. DeClercq

CIA

                Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff Ryan Baugh** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment  ☐ Order

☐ Other: _____

entered in this action on **February 13, 2025**.

Date: April 4, 2025

Counsel is:

/s/ Kelly B. McClanahan

Kelly B. McClanahan
DC Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD 20852
501-301-4672
Kel@NationalSecurityLaw.org

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.