UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Baugh,

            Plaintiff(s),

v.                                    Case No. 2:24−cv−10036−SKD−APP
                                    Hon. Susan K. DeClercq

Central Intelligence Agency,

            Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

            United States Court of Appeals for the Sixth Circuit
            Potter Stewart U.S. Courthouse
            100 East Fifth Street, Fifth Floor
            Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 4, 2025.

                                      KINIKIA D. ESSIX, CLERK OF COURT

                                      By: s/ L Hamka
                                            Deputy Clerk

Dated:   April 4, 2025