# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 19, 2025

Mr. Casen Ross
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

>  Re: Case No. 25-1332
>    *Ryan Baugh v. CIA*
>    Originating Case No. 2:24-cv-10036

Dear Counsel,

The Court issued the enclosed Order today in this case.

>               Sincerely,
>
>               s/Kelly Stephens
>               Case Management Specialist: Antoinette
>               Direct Dial No. 513-564-7015

cc: Mr. James Bickford
 Ms. Kinikia D. Essix
 Mr. Kel McClanahan
 Mr. Charles W. Scarborough
 Ms. Marcia K. Sowles

Enclosure

Case No. 25-1332

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

RYAN BAUGH

    Plaintiff - Appellant

v.

CENTRAL INTELLIGENCE AGENCY

    Defendant - Appellee

  Upon consideration of the motion of Casen Ross to withdraw as counsel for the appellee,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: December 19, 2025